JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

CHRISTINA M. McCALL (CASBN 234139)
Assistant United States Attorney

  1301 Clay Street, Suite 340-S
  Oakland, CA  94612
  Telephone: (510) 637-3717
  Fax: (510) 637-3724
  E-mail: christina.mccall@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00812 SBA |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO DECEMBER 1, 2009 |
| ) | |
| MCCORL GILMORE, JR., ) | |
|   aka Guy Leon McClay, ) | |
| ) | |
| Defendant. ) | |

The above-captioned matter is set on November 3, 2009, before this Court for status conference.  The parties request that this Court vacate that date and set this matter for status conference on December 1, 2009 at 9:00 a.m., and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and December 1, 2009. The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance, pursuant to 18 U.S.C. § 3161(h)(8)(A).

STIPULATION AND EXCLUSION OF TIME
CR 09-00812 SBA

1

1   Such continuance is required because defense counsel needs time to meet with his
2 client and review newly-provided discovery, as well as research Gilmore's prior
3 convictions. For those prior federal cases, the documents are not available through Pacer,
4 due to their age, and need to be retrieved from the clerk's office. This continuance will
5 allow the reasonable time necessary for effective preparation, taking into account the
6 exercise of due diligence.
7   As such, the parties respectfully request that the time between October 26, 2009
8 and December 1, 2009 be excluded under U.S.C. § 3161(h)(8)(A).
9
10
11 DATED:  October 28, 2009        Respectfully submitted,
12                                 JOSEPH P. RUSSONIELLO
                                   United States Attorney
13
14                                    */s/ Christina McCall*
                                   CHRISTINA McCALL
15                                 Assistant United States Attorney
16
17                                    */s/ J. Frank McCabe*
                                   J. FRANK McCABE
18                                 Attorney for McCorl Gilmore, Jr.
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28
STIPULATION AND EXCLUSION OF TIME
CR 09-00812 SBA

2

1  **ORDER**

2  Based on the reason provided in the stipulation of the parties above, the Court hereby FINDS that pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and (B)(iv) an exclusion of time is warranted under the Speedy Trial Act on the grounds that the ends of justice are served by taking such action outweigh the best interest of the public and the defendant in a speedy trial in order to facilitate the effective preparation of and continuity of counsel, taking into account the exercise of due diligence. Based on these findings, IT IS HEREBY ORDERED THAT the hearing is continued until December 1, 2009 at 9:00 a.m., and time is excluded from October 27, 2009 until December 1, 2009.

**IT IS SO ORDERED.**

DATED:10/27/09

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

STIPULATION AND EXCLUSION OF TIME
CR 09-00812 SBA

3