IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-0812 SBA |
| Plaintiff, | **ORDER** |
| v. | |
| MCCORL GILMORE, JR., aka Guy Leon McClaym, | |
| Defendant. | |

Based on the reason provided in the stipulation of the parties above, the Court hereby FINDS that pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and (B)(iv) an exclusion of time is warranted under the Speedy Trial Act on the grounds that the ends of justice are served by taking such action outweigh the best interest of the public and the defendant in a speedy trial in order to facilitate the effective preparation of and continuity of counsel, taking into account the exercise of due diligence. Based on these findings, IT IS HEREBY ORDERED THAT the hearing is continued from December 1, 2009 to **January 12, 2010** at 9:00 a.m., and time is excluded from December 1, 2009, until January 12, 2010.

**IT IS SO ORDERED.**

Dated:  11/30/09

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\Sbalc2\Keith\Criminal\09-812 - Gilmore - Second Speedy Trial Exclusion.wpd