1   JOSEPH P. RUSSONIELLO (CASBN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CASBN 163973)
3   Chief, Criminal Division

4   CHRISTINA M. McCALL (CASBN 234139)
    Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, CA  94612
        Telephone: (510) 637-3717
7       Fax: (510) 637-3724
        E-mail: christina.mccall@usdoj.gov
8

9   Attorneys for Plaintiff

10                  UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND BRANCH

13

14  UNITED STATES OF AMERICA,        )    No. CR 09-00812 SBA
                                      )
15          Plaintiff,                )
                                      )
16      v.                            )    STIPULATION AND
                                      )    ORDER TO CONTINUE STATUS
17                                    )    CONFERENCE TO FEBRUARY 2,
    MCCORL GILMORE, JR.,              )    2010
18          aka Guy Leon McClay,      )
                                      )
19                                    )
            Defendant.                )
20  _____ )

21          The above-captioned matter is set on January 12, 2010 before this Court for status

22  conference.  The parties request that this Court vacate that date and set this matter for

23  status conference on February 2, 2010 at 9:00 a.m., and that the Court exclude time under

24  the Speedy Trial Act between the date of this stipulation and January 12, 2010.  The

25  parties stipulate that the time is excludable from the time limitations of the Speedy Trial

26  Act because the interests of justice are served by granting a continuance, pursuant to 18

27  U.S.C. § 3161(h)(7)(A) and (B)(iv).

28
    STIPULATION AND EXCLUSION OF TIME
    CR 09-00812 SBA
                                    1

Such continuance is required because the parties need to research the potential

consequences of Mr. Gilmore's prior criminal convictions as they relate to the career

offender provisions of the Sentencing Guidelines, and the potential applicability of other

sentencing enhancements under 18 U.S.C. § 3559.  Additionally, government counsel will

be out of the district for training the week of January 25 through 29, 2010, and defense

counsel is unavailable for a hearing on January 26, 2010.  This continuance will allow the

reasonable time necessary for effective preparation, taking into account the exercise of

due diligence.

As such, the parties respectfully request that the time between January 12, 2010

and February 2, 2010 be excluded under U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED:  January 12, 2010                                    Respectfully submitted,

                                                JOSEPH P. RUSSONIELLO
                                                United States Attorney

                                                   */s/ Christina McCall*
                                                CHRISTINA McCALL
                                                Assistant United States Attorney

                                                   */s/ J. Frank McCabe*
                                                J. FRANK McCABE
                                                Attorney for McCorl Gilmore, Jr.

## ORDER

Based on the reason provided in the stipulation of the parties above, the Court

hereby FINDS that for adequate preparation of the case by all parties, and in the interest

of justice, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), an exclusion of time

is warranted under the Speedy Trial Act.  Based on these findings, IT IS HEREBY

ORDERED THAT the hearing is continued until February 2, 2010 at 9:00 a.m., and time

is excluded until February 2, 2010.

**IT IS SO ORDERED.**

DATED:1/11/10                                    _____
                                                SAUNDRA BROWN ARMSTRONG
                                                United States District Judge

STIPULATION AND EXCLUSION OF TIME
CR 09-00812 SBA