JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

CHRISTINA M. McCALL (CASBN 234139)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, CA  94612
   Telephone: (510) 637-3717
   Fax: (510) 637-3724
   E-mail: christina.mccall@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00812 SBA |
|     Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO FEBRUARY 23, 2010 |
| MCCORL GILMORE, JR., ) aka Guy Leon McClay, ) | |
|     Defendant. ) | |

    The above-captioned matter is set on February 2, 2010 before this Court for status conference.  The parties request that this Court vacate that date and set this matter for status conference on February 23, 2010 at 9:00 a.m., and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and February 23, 2010. The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

STIPULATION AND EXCLUSION OF TIME
CR 09-00812 SBA

1

1   Such continuance is required because the parties need to research the potential
2   consequences of Mr. Gilmore's prior criminal convictions as they relate to the career
3   offender provisions of the Sentencing Guidelines, and the potential applicability of other
4   sentencing enhancements under 18 U.S.C. § 3559.  Additionally, government counsel was
5   out of the district for training the week of January 25 through 29, 2010.  This continuance
6   will allow the reasonable time necessary for effective preparation, taking into account the
7   exercise of due diligence.
8   As such, the parties respectfully request that the time between February 2, 2010
9   and February 23, 2010 be excluded under U.S.C. § 3161(h)(7)(A) and (B)(iv).
10  DATED:  February 3, 2010              Respectfully submitted,
11                                        JOSEPH P. RUSSONIELLO
                                          United States Attorney
12
                                           */s/ Christina McCall*
13                                        CHRISTINA McCALL
                                          Assistant United States Attorney
14
                                           */s/ J. Frank McCabe*
15                                        J. FRANK McCABE
                                          Attorney for McCorl Gilmore, Jr.
16

17                                **ORDER**

18  Based on the reason provided in the stipulation of the parties above, the Court
19  hereby FINDS that for adequate preparation of the case by all parties, and in the interest
20  of justice, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), an exclusion of time
21  is warranted under the Speedy Trial Act.  Based on these findings, IT IS HEREBY
22  ORDERED THAT the hearing is continued until February 23, 2010 at 9:00 a.m., and time
23  is excluded until February 23, 2010.
24  **IT IS SO ORDERED.**
25
26  DATED:2/2/10                          SAUNDRA BROWN ARMSTRONG
27                                        United States District Judge
28
    STIPULATION AND EXCLUSION OF TIME
    CR 09-00812 SBA