UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-0812 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE DATE FOR CHANGE OF PLEA AND SENTENCING TO JULY 20, 2010 |
| v. | ) ) | |
| McCORL GILMORE, JR., | ) ) | |
| Defendant. | ) ) | [Docket No. 19] |
| | ) ) ) ) | |

The parties jointly requested that the hearing in this matter be continued from June 8, 2010 to July 20, 2010 and that time be excluded under the Speedy Trial Act between June 8, 2010 to July 20, 2010 to allow for the effective preparation of counsel, taking into account the exercise of due diligence. The probation officer requires additional time to review defendant's medical records, which have been subpoenaed but not received, to prepare the pre-plea presentence investigation report. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that the date for change of plea and sentencing in this

1  matter is continued from June 8, 2010 to July 20, 2010 at 10:00 a.m., and that time between

2  June 8, 2010 to July 20, 2010 is excluded under the Speedy Trial Act to allow for the effective

3  preparation of counsel, taking into account the exercise of due diligence.

4

5  DATED: 4/19/10                           *Saundra B Armstrong*
                                            HON. SAUNDRA BROWN ARMSTRONG
6                                           United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26