1  J. FRANK McCABE (SBN 48246)
   Attorney at Law
2  Post Office Box 1759
   Burlingame, California 94011
3  Telephone:  (650) 343-6268
   Facsimile:  (650) 579-1391
4
   Attorney for Defendant
5  McCORL GILMORE, JR.

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND BRANCH

11

12 UNITED STATES OF AMERICA,   )   NO. CR 09-00812 SBA
                               )
13         Plaintiff,          )   **STIPULATION AND ORDER TO**
                               )   **CONTINUE PLEA AND SENTENCING**
14    v.                       )   **TO JULY 20, 2010**
                               )
15 McCORL GILMORE, JR.,        )
                               )
16         Defendant.          )
                               )
17

18       The above-captioned matter is set on June 8, 2010 before

19 this Court for plea and sentencing.  The parties request that this

20 Court vacate that date and set this matter on July 20, 2010 at

21 10:00 a.m., and that the Court exclude time under the Speedy Trial

22 Act between the date of this stipulation and July 20, 2010.  The

23 parties stipulate that the time is excludable from the time

24 limitations of the Speedy Trial Act because the interests of justice

25 are served by granting a continuance, pursuant to 18 U.S.C. §

26 3161(h)(7)(A) and (B)(iv), and because the court is considering a

27 proposed plea agreement, pursuant to section 3161(h)(1)(G).

28 STIPULATION AND ORDER TO CONTINUE PLEA
   AND SENTENCING TO JULY 20, 2010
                              1

The continuance is required because the probation officer needs additional time to prepare the presentence report. Specifically she needs to review Mr. Gilmore's medical records, which have been subpoenaed but not yet received, prior to completion of her report.

DATED: April 13, 2010.          Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


 /s/ Christina McCall
CHRISTINA McCALL
Assistant United States Attorney


 /s/ J. Frank McCabe
J. FRANK McCABE
Counsel for McCORL GILMORE, JR.

**ORDER**

Based on the reason provided in the stipulation of the parties above, the Court hereby FINDS that, pursuant to 18 U.S.C. sections 3161(h)(7)(A), (B)(iv), and (h)(1)(G), an exclusion of time is warranted under the Speedy Trial Act based on the court's consideration of the proposed plea agreement, and on the grounds that the ends of justice are served by taking such action outweigh the best interest of the public and the defendant in a speedy trial in order to facilitate the effective preparation of and continuity of counsel, taking into account the exercise of due diligence. Based on these findings, IT IS HEREBY ORDERED THAT the matter is continued until July 20, 2010 at 10:00 a.m., for plea and sentence, and time is excluded until that date.

STIPULATION AND ORDER TO CONTINUE PLEA
AND SENTENCING TO JULY 20, 2010

1        IT IS SO ORDERED.

2 DATED:4/22/10

3                             _____
                              SAUNDRA BROWN ARMSTRONG
4                             UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO CONTINUE PLEA
AND SENTENCING TO JULY 20, 2010

3