1    J. FRANK McCABE (SBN 48246)
     Attorney at Law
2    Post Office Box 1759
     Burlingame, California 94011
3    Telephone:  (650) 343-6268
     Facsimile:  (650) 579-1391
4
     Attorney for Defendant
5    McCORL GILMORE, JR.

6

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND BRANCH

12   UNITED STATES OF AMERICA,     )    NO. CR 09-00812 SBA
                                   )
13                Plaintiff,       )    **APPLICATION AND**
                                   )    **ORDER  TO FILE SENTENCING**
14          v.                     )    **MEMORANDUM  UNDER  SEAL**
                                   )
15   McCORL GILMORE, JR.,          )
          aka Guy Leon McClay,     )
16                                 )
                  Defendant.       )
17   _____)

18

19          Because the sentencing memorandum of defendant McCorl

20   Gilmore, Jr. contains confidential information, counsel for the

21   defendant respectfully requests that this sentencing memorandum be

22   filed under seal.

23   DATED:  July 13, 2010.

24                              Respectfully submitted,

25                              _____
                                        /s/
26                              J. FRANK McCABE
                                Counsel for Defendant Gilmore
27

28
     APPLICATION AND [PROPOSED] ORDER TO FILE
     DEFENDANT'S SENTENCING MEMORANDUM UNDER SEAL
                                1

1                                    <u>ORDER</u>

2              GOOD CAUSE appearing therefor,

3              IT IS HEREBY ORDERED that the Sentencing Memorandum of

4    Defendant Gilmore be filed under seal.

5    DATED:7/15/10

6
                                    _____
7                                   HON. SAUNDRA BROWN ARMSTRONG
                                    UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
     APPLICATION AND [PROPOSED] ORDER TO FILE
     DEFENDANT'S SENTENCING MEMORANDUM UNDER SEAL